# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 10, 2022

## NO. 03-22-00279-CV

### B. S. and M. S., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE
CONCURRING OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on April 26, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellants are indigent and unable to pay costs, no adjudication of costs is made.